■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL REYES, Appellant. [1 NYS3d 807]—

Judgment, Supreme Court, New York County (A. Kirke

Bartley, Jr., J.), rendered January 5, 2012, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony drug offender, to a term of three years, unanimously affirmed.

The court properly denied defendant's request for assignment of new counsel, made in the midst of jury selection. Defendant received a sufficient opportunity to state the grounds for his application (*see People v Porto*, 16 NY3d 93, 99-100 [2010]; *People v Sides*, 75 NY2d 822, 824-25 [1990]). His sole complaint was that his attorney had not complied with his request to file "a couple of" unidentified motions, and the court did nothing to prevent defendant from being more specific. Furthermore, the court observed, based on its knowledge of the case, that there were no motions to be made, and that assessment is supported by the record. At most, defendant's allegations evinced a disagreement with counsel over strategy (*see People v Linares*, 2 NY3d 507, 511 [2004]). Finally, we note that defense counsel was retained, and defendant neither sought to hire different counsel nor explained why the court should grant him assigned counsel (*see People v Wall*, 56 AD3d 361 [1st Dept 2008], *lv denied* 12 NY3d 763 [2009]; *People v Wilburn*, 40 AD3d 508, 509 [1st Dept 2007], *lv denied* 9 NY3d 883 [2007]).

We perceive no basis for reducing the sentence. Concur—Friedman, J.P., Andrias, Moskowitz, DeGrasse and Richter, JJ.